UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA LONG AND TERRY LEWIS | * | CIVIL ACTION NO. |
| VERSUS | * | |
| BRIDGESTONE RETAIL OPERATIONS, LLC | * | MAG.: |
| | * | SECTION: |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, defendant, Bridgestone Retail Operations, LLC, improperly alleged as doing business as Firestone Complete Auto Care Carrollton ("BSRO") (collectively referred to as the "Removing Defendant"), hereby gives notice of the removal of this civil action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. As grounds for this removal, the Removing Defendant states as follows:

1.

This civil action was commenced on or about March 23, 2012, by the filing of plaintiff's Petition for Damages in the Civil District Court for the Parish of Orleans, State of Louisiana bearing Civil Action No. 2012-2939, Division F-7, a copy of which is attached as Exhibit A. BSRO was served with the Citation and Petition on April 4, 2012.

2.

According to the Petition, this case arises from the regular maintenance of a 1999 Chrysler Sebring JX convertible owned by Terry Lewis at the Firestone store on Carrollton Avenue in Orleans Parish. (Exhibit A, Paragraph III)

3.

The petition alleges that, after Mr. Lewis' vehicle was serviced and he left the Firestone store his front left wheel fell off the vehicle causing the front left end of the vehicle to drop onto its metal steering and suspension components which caused the vehicle to come to a sudden and abrupt stop. (Exhibit A, Paragraph IX).

4.

Plaintiffs allege various theories of recovery including that BRSO was guilty of negligence for failing to perform their work in a workman like manner, failing to follow the Standard of Care applicable to such entities, failing to properly reinstall the left front wheel on the subject vehicle, failing to replace the lug nuts, failing to properly tighten the lug nuts and failing to provide quality assurance in connection with the work performed. (Exhibit A, Paragraph XIV).

5.

Plaintiffs allege that they are residents of the State of Louisiana. For purposes of diversity jurisdiction, they are considered citizens of the State of Louisiana. *See* 28 U.S.C. § 1332(1)(2).

6.

Bridgestone Retail Operations, LLC, is a corporation organized under the laws of a state other than Louisiana, specifically, Delaware, with its principal place of business in Bloomingdale, Illinois.

7.

Plaintiffs added State Farm as a defendant as their automobile insurer. State Farm is incorporated under the laws of the state of Illinois and their principal place of business is in Bloomington, Illinois. This is not a direct action claim against State Farm so they are not deemed a citizen of the state of the plaintiffs' domicile. Thus, State Farm does not destroy diversity. State Farm has not yet made an appearance.

8.

Prior to the occurrence alleged in this lawsuit Firestone Complete Auto Care was merged into BSRO, a non-Louisiana corporation with its principal place of business in Bloomingdale, Illinois.

9.

BSRO is the only defendant for purposes of determining diversity of citizenship. This matter involves complete diversity between plaintiffs and Removing Defendant, and this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, based upon such diversity of citizenship. Removal is therefore proper under 28 U.S.C. § 1441.

10.

Plaintiffs seek damages for the significant, serious, and permanent injuries and bodily injury to Ms. Long which will require surgical intervention and will result in permanent damage to her back, neck, spinal column and chest as well as other personal injuries. (Exhibit A, Paragraph XI).

11.

Based on the allegations of the Original Petition it is reasonable to conclude that the value of plaintiffs' damages will exceed $75,000.00. Accordingly, for the purposes of 28 U.S.C. § 1332(a) the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

12.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is promptly being filed with the Clerk of Court for Parish of Orleans, State of Louisiana, and served on counsel for plaintiffs and all other parties to this civil action.

13.

A true and correct copy of all process, pleadings and orders in Civil Action No. 2012-2939 served upon movant as of the date of this Removal are attached *in globo* as Exhibit A.

Respectfully Submitted,

HAMLIN & GRIFFIN, LLC

/S/ AVERY LEA GRIFFIN
WILLIAM J. HAMLIN, (06470)
AVERY LEA GRIFFIN (22914)
121 West 24th Avenue
Covington, Louisiana 70433
Tel: (985) 246-6001
Fax: (985) 871-0082
Attorneys for Bridgestone Retail
Operations, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of May 2012, served a copy of the above and foregoing pleading by placing the same in United States mail, properly addressed and first class postage prepaid, and/or via facsimile and/or via electronic mail on all counsel of record addressed as follows:

| | |
|---|---|
| Boggs, Loehn & Rodrigue<br>Thomas E. Loehn<br>3616 S. I-10 Service Road West<br>Suite 109<br>Metairie, LA 70001<br>Facsimile: (504) 828-1208 | Brandy Gonzales Scurria<br>616 Baronne Street, Suite 300A<br>New Orleans, LA 70133<br>Facsimile: (504) 613-4579 |

/s/ AVERY LEA GRIFFIN